UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
Fort Wayne Division

IN RE:                                    )    CASE NO. 07-13153
                                          )
Ryan Michael Lengerich                    )
Erin Rene Lengerich                       )    CHAPTER 13

## CHAPTER 13 PLAN

1. The future earnings of debtor are submitted to the supervision and control of the trustee, and debtor shall pay to the trustee the sum of **$850.00** per month for 60 months by a wage withholding order.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a).   All allowed priority claims entitled to priority under 11 USC 507 shall be paid in full during the plan. The debtors have paid **$900.00** directly to their attorney prior to filing. Of the first available funds, subordinated only to current monthly mortgage payments, the Trustee will pay said attorney **$1900** for a total of **$2,800.00.**

   (b).   After the above payments, dividends shall be paid to secured creditors whose claims are duly proved and allowed as follows:

   **Wells Fargo** has a security interest in debtor's house and will be paid according to the contract through the plan. Further, the allowed arrearage shall be paid through the plan with no interest. Upon completion of the plan, debtor shall resume payments according to the terms of the contract. To the extent that this creditor incurs post-petition costs pursuant to the mortgage contract, it is the Creditor's duty to apply for and have approved such petition costs BEFORE applying any funds. IF CREDITOR FAILS TO APPLY AND HAVE APPROVED SUCH POST PETITION COSTS PRIOR TO DISCHARGE, SUCH COSTS ARE DEEMED DISALLOWED AN ANY ATTEMPT TO COLLECT AFTER DISCHARGE WILL BE CONSIDERED A VIOLATION OF 11 USC 524(i).

   Adams County Treasurer has an interest in debtor's residence. Arrears will be paid at 8% interest.

LVNV Funding, and Rose Hulman Institute of Technology have judgment liens against debtor(s) real estate located at 204 S. 11th St., Decatur, IN 46733. The fair market value of the property is $56,000. Other liens on the property are held by Wells Fargo Bank for $54,018. The debtors exempted $1,982.00 in residence exemption on their petition. The judgement liens attached on June/2006, and October/2006 respectively under cause number 01D01-0606-CC-87 in the Adams Superior Court, and 01D01-0610-CC-0157 in the Adams Superior Court. The legal description of the property is Inlot Number seven hundred and sixty-nine (769) in Glass and Glass Subdivision of Outlots Number Two hundred ninety-three (293) and Two hundred ninety-five (295) in Joseph Crabbs Third Western Addition to the town (now city) of Decatur, Adams County, Indiana. Upon discharge, the lien will be completely stripped away and creditor shall only have a general unsecured claim which must be timely filed to be allowed.

(c).    Non-administrative priority claims shall be paid after administrative and secured claims have been paid in full.

3. All funds remaining after payments are made above shall be paid to unsecured creditors pro-rata pursuant to their allowed proof of claims.

4. **Debtor has no executory contracts.**

5. Debtors tax refunds have been pro-rated into their plan. Debtors will turn over any combined State and Federal tax refund over $4351.00.

6. Upon confirmation of the Plan, all property of the estate shall vest in the debtor pursuant to 11 USC §350 (or USC §1327(b)). The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein (11 USC §1306(b)). All secured creditors shall retain the liens securing their claims unless otherwise stated.

Dated: 10/30/07

_____
Ryan Michael Lengerich

_____
Erin Renee Lengerich

Acceptance may be mailed to:

Anita K, Gloyeski 23321-85
Glaser & Ebbs
116 E. Berry, Suite 1900
Fort Wayne, IN 46802
Counsel For Debtor