UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.    07-13153 |
| | ) | |
| Ryan Michael Lengerich | ) | |
| Erin Renee Lengerich | ) | CHAPTER 13 |

## MODIFICATION TO CHAPTER 13 PLAN

Comes now Debtors, by counsel, and modify the Chapter 13 plan filed on 11/01/2007 as follows:

1. To meet best interest of creditors test, unsecured creditors will be paid at least an amount equal to 85% of the 2007 tax refund.

2 All other terms of the plan shall remain the same.

Respectfully Submitted,

/s/ Anita K. Gloyeski
Anita K. Gloyeski, JD 23321-85
Attorney for Debtor
1900 Lincoln Tower
Fort Wayne, IN  46802
 (260) 424-0954

CERTIFICATE OF SERVICE

       I certify that a copy of the foregoing Modification to Chapter 13 Plan was mailed or served electronically on December 27, 2007 to the following:

Ryan Michael Lengerich
Erin Renee Lengerich
204 S. 11th Street
Decatur, IN46733

Trustee Debra Miller,
PO Box 11550
South Bend, IN 46634

US Trustee
100 East Wayne Street
Suite 555
South Bend, IN 46601

attached creditor matrix

                                                                     /s/ Anita K. Gloyeski
                                                                      Anita K. Gloyeski

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 07-13153-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Thu Dec 27 17:21:36 EST 2007 | ADAMS COUNTY MEMORIAL HOSPITAL<br>1100 MERCER AVE.<br>Decatur, IN 46733-2303 | APEX FINANCIAL MANAGEMENT<br>PO BOX 2189<br>Northbrook, IL 60065-2189 |
| Adams County Treasurer<br>313 West Jefferson Street<br>Decatur IN 46733-1603 | CREDIT PROTECTION<br>13355 NOEL RD. STE 2100<br>Dallas, TX 75240-6837 | DR. BLAKE TAYLOR<br>234 N. 1STST.<br>Decatur, IN 46733-1306 |
| FEIWELL & HANNOY<br>PO BOX 44141<br>251 N. ILLINOIS ST., STE 1700<br>Indianapolis, IN 46204-4302 | FMS INC<br>4915 S. UNION AVE<br>Tulsa, OK 74107-7839 | Nancy J. Gargula<br>One Michiana Square<br>5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601-2349 |
| Anita K. Gloyeski<br>Glaser and Ebbs<br>116 East Berry Street<br>1900 Lincoln Tower<br>Fort Wayne, IN 46802 | Indiana Department of Revenue<br>Bankruptcy Section, Room  N-203<br>100 North Senate Avenue<br>Indianapolis IN 46204-2273 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 |
| KRISOR & ASSOCIATES<br>PO BOX 6200<br>South Bend, IN 46660-6200 | LUTHERAN HOSPITAL<br>7950 W JEFFERSON BLVE<br>Fort Wayne, IN 46804-4160 | LVNV FUNDING<br>PO BOX 740281<br>Houston, TX 77274-0281 |
| Erin Renee Lengerich<br>204 S. 11th Street<br>Decatur, IN 46733-1565 | Ryan Michael Lengerich<br>204 S. 11th Street<br>Decatur, IN 46733-1565 | MEDIA COM<br>609 S. 4TH ST.<br>Chillicothe, IL 61523-2255 |
| MEDICAL & DENTAL BUSINESS BUREAU<br>333 E WASHINGTON BLVD<br>Fort Wayne, IN 46802-3123 | MORGAN & POTTINGER<br>600 W. WASHINGTON ST.<br>Louisville, KY 40202-2955 | Merchants Retail Credit Association, Inc.<br>or Medical & Dental Business Bureau of<br>Allen County, Inc.<br>P.O. Box 11285, 333 E. Washington Blvd.<br>Fort Wayne, IN 46857-1285 |
| Debra L. Miller<br>100 East Wayne St.<br>P.O. Box 11550<br>South Bend, IN 46634-0550 | NCO FINANCIAL<br>507 PRUDENTIAL RD.<br>Horsham, PA 19044-2368 | NIPSCO<br>PO BOX 13013<br>Merrillville, IN 46411-3013 |
| Northern Indiana Public Service Company<br>Attn: Revenue Assurance & Recovery<br>801 E. 86th Avenue<br>Merrillville, IN 46410-6271 | PEDIATRIC ASSOCIATES<br>7910 W. JEFFERSON BLVD<br>Fort Wayne, IN 46804-4159 | ROSE-HULMAN INSTITUTE OF TECHNOLOGY<br>5500 WABASH AVE<br>Terre Haute, IN 47803-3920 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Ingraham Building Suite 1120<br>Miami, FL 33131-1506 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SEARS<br>PO BOX 182156<br>Columbus, OH 43218-2156 |

| | | |
|---|---|---|
| SNOW & SAUERTEIG<br>203 E. BERRY ST. STE 1310<br>Fort Wayne, IN 46802-2795 | SPRINT PCS<br>2001 EDMUND HALLEY DR.<br>Reston, VA 20191-3436 | Sprint Nextel -- Correspondence<br>Attn: Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 |
| US DEPT. OF EDUCATION<br>PO BOX 4169<br>Greenville, TX 75403-4169 | US DEPT.OF EDUCATION<br>PO BOX530260<br>Atlanta, GA 30353-0260 | VAN RU CREDIT CORP<br>10024 SKOKIE BLVD STE 2<br>Skokie, IL 60077-1037 |
| VIDEO UNLIMITED - DECATUR<br>514 S 13TH ST<br>Decatur, IN 46733-1893 | WALMART<br>PO BOX 981285<br>El Paso, TX 79998-1285 | WELLS FARGO<br>1 YORKSHIRE DRIVE<br>Decatur, IN 46733 |
| WELLS FARGO<br>3476 STATEVIEW BLVD<br>Fort Mill, SC 29715-7200 | WEST ASSET MANAGEMENT<br>PO BOX 105646<br>Atlanta, GA 30348-5646 | WEST ASSETMANAGEMENT<br>PO BOX 2348<br>Sherman, TX 75091-2348 |
| WOMEN'S HEALTH ADVANTAGE<br>9025 COLDWATER RD #100<br>Fort Wayne, IN 46825-2071 | Wells Fargo Bank, N.A.<br>PO Box 5058<br>MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank, N.A.<br>Wells Fargo Home Mortgage, Inc.<br>3476 Stateview Blvd.<br>Ft. Mill, SC 29715-7203 |

Susan M. Woolley
Feiwell & Hannoy
251 North Illinois Street, Suite 1700
Indianapolis, IN 46204-4302


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)Robert E. Grant | (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     2<br>Total                  47 |