UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| RYAN MICHAEL LENGERICH AND | ) | CASE NO. 07-13153-REG-13 |
| ERIN RENEE LENGERICH | ) | |
| | ) | |
| Debtors | ) | |

### IMMATERIAL MODIFICATION OF PLAN NOT SUBJECT TO NOTICE

The parties hereto agree that Debtor's Plan must be immaterially modified to resolve an existing issue or objection filed by Creditor Wells Fargo Bank, N.A. This modification meets requirements of 11 U.S.C. 1322 and becomes part of the Debtors' Plan without any necessity for notice herein. The agreement of the parties is:

The Plan is modified to remove the following provision with regard to Wells Fargo Bank, N.A.:  To the extent that this creditor incurs post-petition costs pursuant to the mortgage contract, it is the Creditor's duty to apply for and have approved such petition costs BEFORE applying any funds. IF CREDITOR FAILS TO APPLY AND HAVE APPROVED SUCH POST PETITION COSTS PRIOR TO DISCHARGE, SUCH COSTS ARE DEEMED DISALLOWED AN (sic) ANY ATTEMPT TO COLLECT AFTER DISCHARGE WILL BE CONSIDERED A VIOLATION OF 11 USC 524(i).

WHEREFORE, the parties hereto have agreed to the above terms as an immaterial modification of the Plan as last submitted by the Debtor herein.

DATE: January 14, 2008

/S/ DEBRA L MILLER
DEBRA L. MILLER

DEBRA L. MILLER
Trustee
100 East Wayne Street, Suite 465
P.O. Box 11550
South Bend, IN 46601


DATE: January 14, 2008

                                      /S/ANITA K. GLOYSKI
                                      ANITA K. GLOYESKI

ANITA K. GLOYESKI
Attorney at Law
116 East Berry Street
1900 Lincoln Tower
Fort Wayne, IN 46802


DATE: January 14, 2008

                                      /S/RYAN MICHAEL LENGERICH
                                      RYAN MICHAEL LENGERICH


DATE: January 14, 2008

                                      /S/ERIN RENEE LENGERICH
                                      ERIN RENEE LENGERICH


DATE: January 14, 2008

                                      /S/ SUSAN M. WOOLLEY
                                      SUSAN M. WOOLLEY

SUSAN M. WOOLLEY
FEIWELL & HANNOY, P.C.
251 North Illinois Street, Suite 1700
P.O. Box 44141
Indianapolis, IN 46204

DISTRIBUTION:

SUSAN M. WOOLLEY
FEIWELL & HANNOY, P.C.
P.O. Box 44141
251 N. Illinois Street
Suite 1700
Indianapolis, IN 46204
(317)237-2727

RYAN MICHAEL LENGERICH
204 South 11th Street
Decatur, IN 46733

ERIN RENEE LENGERICH
204 South 11th Street
Decatur, IN 46733

ANITA K. GLOYESKI
Attorney at Law
116 East Berry Street
1900 Lincoln Tower
Fort Wayne, IN 46802

DEBRA L. MILLER
Trustee
100 East Wayne Street, Suite 465
P.O. Box 11550
South Bend, IN 46601

NANCY GARGULA
U.S. Trustee
One Michiana Square Building
Room 555
100 East Wayne Street
South Bend, IN 46601